**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Stephen M. Raab (*pro hac vice*)
  stephen@gutridesafier.com
Patrick J. Branson (*pro hac vice*)
  patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**DENTONS US LLP**
Sonia Martin (State Bar No.191148)
   Sonia.martin@dentons.com
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

**ICE MILLER LLP**
Aneca Lasley (*pro hac vice*)
   Aneca.Lasley@icemiller.com
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1085
Facsimile: (614) 462-5135

**CARPENTER LIPPS LLP**
Jeffrey A. Lipps (*pro hac vice*)
  lipps@carpenterlipps.com
Michael H. Beekhuizen (*pro hac vice*)
  beekhuizen@carpenterlipps.com
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365 4100
Facsimile: (614) 365-9145

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JEFFREY PYTEL, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFINITY INSURANCE SERVICES, INC., AIS AFFINITY INSURANCE AGENCY, INC., and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:23-cv-06347-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION AND CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE** |

1    Pursuant to Civil Local Rule 6-2, Plaintiff Jeffrey Pytel ("Plaintiff") and Defendants Affinity Insurance Services, Inc., AIS Affinity Insurance Agency, Inc., and Nationwide Mutual Insurance Company (Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate, and request an order, as follows:

WHEREAS, following the previous case management conference and after analyzing data produced by Defendants, the parties have been engaged in and are still engaged in settlement negotiations to try to resolve this matter;

WHEREAS Defendants' collection and analysis of the transaction data associated with the sale of travel protection plans through Norwegian Cruise Line was a complex and time-consuming undertaking because multiple parties, pricing/revenue categories, calculations, and systems were involved in the transactions at issue;

WHEREAS Defendants determined that the total assistance fees associated with the sale of Defendants' travel insurance to California consumers was a relatively small amount;

WHEREAS, in light of the amounts at stake, the parties began settlement negotiations and agreed to seek a stay or extension of the pending litigation (including discovery disputes they had been preparing to submit, the depositions of defendants, and expert work) to avoid incurring further substantial litigation expenses while trying to resolve this matter promptly and in good faith;

WHEREAS the parties intended to discuss these matters at the case management conference scheduled for August 8, 2025, but the Court became unavailable and the conference was rescheduled to September 19, 2025;

WHEREAS both sides strongly disagree about the merits of their claims and defenses but hope to reach a negotiated resolution as an alternative to continued litigation;

WHEREAS a stay until October 10, 2025, will facilitate the parties' good-faith effort to resolve this matter, and the parties will either resume discovery after that date or promptly request a formal referral to an ADR process, if they are unable to reach a mutually satisfactory resolution on their own;

WHEREAS, on July 30, 2024, the Court issued an order setting deadlines for briefing on

class certification (ECF No. 68) and has extended those deadlines twice previously (ECF Nos. 87, 92);

WHEREAS, other than the class certification briefing dates, the proposed change will not alter any other event or deadline;

WHEREAS, no party will be prejudiced by the stipulated-to extensions;

NOW, THEREFORE, the Parties stipulate and request that: (a) discovery in this action be stayed until October 10, 2025; and (b) the deadlines for Plaintiff's motion for class certification be extended as follows:

| Event | Current Date | Extended Date |
| --- | --- | --- |
| Class certification motion and Plaintiff's class certification expert disclosures due | September 19, 2025 | January 9, 2026 |
| Class certification opposition, Defendants' class certification expert disclosures, and Defendants' *Daubert* motions due | November 26, 2025 | March 13, 2026 |
| Class certification expert discovery cut-off | January 9, 2026 | April 29, 2026 |
| Class certification reply and Plaintiff's *Daubert* motions due | January 23, 2026 | May 15, 2026 |

| | |
|---|---|
| Dated: September 5, 2025 | |
| **GUTRIDE SAFIER LLP** | **ICE MILLER LLP** |
| *s/ Stephen M. Raab* | *s/Aneca E. Lasley (by concurrence)* |
| Stephen M. Raab (*pro hac vice*) | Aneca E. Lasley (*pro hac vice*) |
|   stephen@gutridesafier.com |   aneca.lasley@icemiller.com |
| Patrick J. Branson (*pro hac vice*) | 250 West Street Suite 700 |
|   patrick@gutridesafier.com | Columbus, OH 43215-7509 |
| 305 Broadway, 7th Floor | Telephone: (614) 462-1085 |
| New York, NY 10007 | Facsimile: (614) 232-6899 |
| Telephone: (415) 639-9090 x109 | |
| | **DENTONS US LLP** |
| Seth A. Safier (State Bar No. 197427) | Sonia Martin (State Bar No.191148) |
|   seth@gutridesafier.com |   sonia.martin@dentons.com |
| Marie A. McCrary (State Bar No. 262670) | 1999 Harrison Street, Suite 1300 |
|   marie@gutridesafier.com | Oakland, CA 94612 |
| Rajiv V. Thairani (State Bar No. 344390) | Telephone: (415) 882-5000 |
|   rajiv@gutridesafier.com | Facsimile: (415) 882-0300 |
| 100 Pine Street, Suite 1250 | |
| San Francisco, CA 94111 | **CARPENTER LIPPS LLP** |
| Telephone: (415) 639-9090 | Jeffrey A. Lipps (*pro hac vice*) |
| Facsimile: (415) 449-6469 |   lipps@carpenterlipps.com |
| | Michael H. Beekhuizen (*pro hac vice*) |
| *Attorneys for Plaintiff* |   beekhuizen@carpenterlipps.com |
| | 280 Plaza, Suite 1300 |
| | 280 North High Street |
| | Columbus, Ohio 43215 |
| | Telephone: (614) 365 4100 |
| | Facsimile: (614) 365-9145 |
| | |
| | *Attorneys for Defendants* |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: September 5, 2025

**GUTRIDE SAFIER LLP**
*/s/Stephen M. Raab*
Stephen M. Raab (*pro hac vice*)
stephen@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 9, 2025

_____
JON S. TIGAR
United States District Judge